USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HOWARD,

                Plaintiff,

-against-

AMAZON FULFILLMENT,

                Defendant.

22-cv-04222 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of the Plaintiff's letter addressed to the Court. ECF No. 21. Plaintiff requests an adjournment and in person conference. The telephonic conference scheduled for June 12, 2023 is hereby **ADJOURNED** sine die.

      On June 6, 2022, this Court issued an order referring this case to the Court's Mediation Program. ECF No. 5. In that order, I directed the Clerk of the Court to locate pro bono counsel to represent Ms. Howard at the mediation. On July 5, 2022, Ms. Howard indicated she would be interested or willing to mediate. ECF No. 9. The parties are hereby **ORDERED** to file a letter on or by **June 16, 2023** advising the Court if they still wish to proceed with mediation. Plaintiff should also advise the Court if she wishes to amend her complaint in light of the arguments Defendant presented in its pre-motion conference letter at ECF No. 19.

**SO ORDERED.**

Dated:    June 9, 2023
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**