**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HOWARD,**

                 **Plaintiff,**

       -against-

**AMAZON FULFILLMENT,**

                **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/2023

**22-cv-04222 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Defendant's letter. ECF No. 23. The parties have agreed to participate in the Court's Mediation Program. *Id.*; *see also* Mediation Referral Order, ECF No. 5. Plaintiff, Ms. Howard, will be directly contacted by pro bono counsel. Once the pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the Court's Mediation Program will assign a mediator to this matter. The assigned mediator will then schedule the mediation.

    Local Civil Rule 83.9 and the Mediation Program Procedures shall govern the mediation. Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process. At this time, Plaintiff is directed to discuss any accommodation requests she may have with her pro bono counsel.

    The parties are hereby **ORDERED** to file a joint status report on **August 28, 2023** advising the Court of the current status of this matter.

**SO ORDERED.**

Dated:    **June 22, 2023**
          **New York, New York**

*[Signature]*

        **ANDREW L. CARTER, JR.**
        **United States District Judge**